**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 19-CIV-61375-RAR**

**VILMA REYES**,

    Plaintiff,

v.

**RADIUS GLOBAL SOLUTIONS LLC**,

    Defendant.

_____/

**NOTICE SETTING STATUS CONFERENCE**

TAKE NOTICE that a Status Conference is hereby scheduled for **Thursday, August 29, 2019, at 2:00 P.M.** Unless instructed otherwise by subsequent order, the status conference shall be conducted in **Courtroom 205C** at the U.S. Courthouse, 299 E. Broward Boulevard, Fort Lauderdale, Florida 33301.

**DONE AND ORDERED** in Fort Lauderdale, Florida this 21st day of August, 2019.

_____
**RODOLFO RUIZ**
**UNITED STATES DISTRICT JUDGE**

cc:    counsel of record