**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
Case No. 0:19-cv-61375-RAR

VILMA REYES, individually and on
behalf of all those similarly situated,

      Plaintiff,

v.

RADIUS GLOBAL SOLUTIONS LLC,

      Defendant.
_____/

### DEFENDANT, RADIUS GLOBAL SOLUTIONS LLC'S, NOTICE OF FILING SUPPLEMENTAL AUTHORITY

Defendant, Radius Global Solutions LLC (RGS), hereby provides notice of the following supplemental authority in support of its pending Motion to Dismiss (Doc. 17) and states:

1. On September 24, 2019, in *Will v. Portfolio Recovery Associates, LLC*, No. 1:18-cv-02790-MSK-KMT, Doc. 41 (D. Co.), the Honorable Marcia S. Krieger granted a motion to dismiss plaintiff's claim under the Fair Debt Collection Practices Act, 15 U.S.C. § 1692, *et seq.*, where the collection letter at issue stated that due to the age of the debt, defendant "will not sue" plaintiff and did not contain any disclosures that choosing one of the repayment options would restart the statute of limitations. The court held "[e]ven the least sophisticated consumer would conclude that this unambiguous language means what it says—that PRA will not, and moreover cannot, sue Mr. Will [sic] his debt. Any other interpretation is both unreasonable and borders on the preposterous. It is totally

1

unsupported by the facts alleged. There is no showing that PRA had a present intent to act contrary to the representation made." *Id.* at P. 7.

2. A true and correct copy of the *Will* opinion is attached hereto as **Exhibit A**.

Dated: October 1, 2019

                                               Respectfully submitted,

                                               */s/ Ashley Wydro*
                                               Ashley Wydro, Esq.
                                               Florida Bar No. 0106605
                                               Dayle M. Van Hoose, Esq.
                                               Florida Bar No. 0016277
                                               SESSIONS, FISHMAN, NATHAN & ISRAEL, L.L.C.
                                               3350 Buschwood Park Drive, Suite 195
                                               Tampa, Florida 33618
                                               Telephone: (813) 440-5327
                                               Facsimile: (877) 334-0661
                                               awydro@sessions.legal
                                               dvanhoose@sessions.legal

                                               *Counsel for Defendant,*
                                               *Radius Global Solutions LLC*

## CERTIFICATE OF SERVICE

I certify that on this 1st day of October 2019, a copy of the foregoing was filed electronically in the ECF system. Notice of this filing will be sent to the parties of record by operation of the Court's electronic filing system, including plaintiff's counsel as described below.

Jibrael S. Hindi, Esq.
Thomas J. Patti, Esq.
The Law Offices of Jibrael S. Hindi
110 SE 6th Street, Suite 1744
Fort Lauderdale, Florida 33301
tom@jibraellaw.com
jibrael@jibraellaw.com

          */s/ Ashley Wydro*
          Attorney