UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 0:19-cv-61375-RAR

VILMA REYES, individually and on
behalf of all those similarly situated,

        Plaintiff,

v.

RADIUS GLOBAL SOLUTIONS LLC,

        Defendant.
_____/

**DEFENDANT, RADIUS GLOBAL SOLUTIONS LLC'S,
NOTIFICATION OF NINETY DAYS EXPIRING**

Defendant, Radius Global Solutions LLC (RGS), through undersigned counsel and pursuant to Local Rule 7.1(b)(4), hereby provides this Notification of Ninety Days Expiring relating to its pending Motion for Judgment on the Pleadings (Doc. 17) and states:

1.    On August 28, 2019, RGS e-filed its motion, titled "Defendant, Radius Global Solutions LLC's Motion for Judgment on the Pleadings." and simultaneously served the motion on counsel for plaintiff, Vilma Reyes (plaintiff). (Doc. 17)

2.    On September 11, 2019, plaintiff e-filed her response, titled "Response in Opposition to Defendant's Motion for Judgment on the Pleadings," and simultaneously served the response on counsel for RGS. (Doc. 20)

3.    On September 18, 2019, RGS e-filed its reply, titled "Defendant, Radius Global Solutions LLC's, Reply in Support of its Motion for Judgment on the Pleadings," and simultaneously served the reply on counsel for plaintiff. (Doc. 21)

4. More than ninety days have passed since the pending Motion for Judgment on the Pleadings has been fully briefed. To date, the Court has not set a hearing on the Motion.

Dated: December 23, 2019

Respectfully submitted,

*/s/ Ashley Wydro*
Ashley Wydro, Esq.
Florida Bar No. 0106605
Dayle M. Van Hoose, Esq.
Florida Bar No. 0016277
SESSIONS, FISHMAN, NATHAN & ISRAEL, L.L.C.
3350 Buschwood Park Drive, Suite 195
Tampa, Florida 33618
Telephone: (813) 440-5327
Facsimile: (877) 334-0661
awydro@sessions.legal
dvanhoose@sessions.legal

*Counsel for Defendant,*
*Radius Global Solutions LLC*

## CERTIFICATE OF SERVICE

I certify that on this 23rd day of December 2019, a copy of the foregoing was filed electronically in the ECF system. Notice of this filing will be sent to the parties of record by operation of the Court's electronic filing system, including plaintiff's counsel as described below.

Jibrael S. Hindi, Esq.
Thomas J. Patti, Esq.
The Law Offices of Jibrael S. Hindi
110 SE 6th Street, Suite 1744
Fort Lauderdale, Florida 33301
tom@jibraellaw.com
jibrael@jibraellaw.com

*/s/ Ashley Wydro*
Attorney