**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 19-CV-61375-RAR**

**VILA REYES**,

      Plaintiff,

v.

**RADIUS GLOBAL SOLUTIONS**,

      Defendant.
_____/

**FINAL JUDGMENT**

Pursuant to Federal Rule of Civil Procedure 58 and in accordance with the Court's Order Granting Defendant's Motion for Judgment on the Pleadings [ECF No. 29], it is hereby

**ORDERED AND ADJUDGED** that Final Judgment is entered in favor of Defendant Radius Global Solutions. Plaintiff shall take nothing from this action and Defendant shall go hence without day.

**DONE AND ORDERED** in Fort Lauderdale, Florida, this 9th day of January, 2020.

_____
  **RODOLFO RUIZ**
  **UNITED STATES DISTRICT JUDGE**