Case 0:19-cv-61375-RAR Document 33 Entered on FLSD Docket 02/13/2020 Page 1 of 3
Case: 20-10532 Date Filed: 02/10/2020 Page: 1 of 17

FILED BY HH D.C.

Feb 12, 2020

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

# UNITED STATES COURT OF APPEALS
## FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

David J. Smith
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

February 12, 2020

John Thomas Patti III
Law Offices of Jibrael S. Hindi
110 SE 6TH ST STE 1700
FORT LAUDERDALE, FL 33301

Jibrael Jarallah Said Hindi
Deric Zacca, PA
110 SE 6TH ST STE 1700
FT LAUDERDALE, FL 33301

Appeal Number: 20-10532-E
Case Style: Vilma Reyes v. Radius Global Solutions, LLC
District Court Docket No: 0:19-cv-61375-RAR

**This Court requires all counsel to file documents electronically using the Electronic Case Files ("ECF") system, unless exempted for good cause.**

The referenced case has been docketed in this court. Please use the appellate docket number noted above when making inquiries.

Attorneys who wish to participate in this appeal must be admitted to the bar of this Court, admitted for this particular proceeding pursuant to 11th Cir. R. 46-3, or admitted pro hac vice pursuant to 11th Cir. R. 46-4. In addition, all attorneys (except court-appointed counsel) who wish to participate in this appeal must file an Appearance of Counsel form within 14 days. The Application for Admission to the Bar and Appearance of Counsel Form are available at www.ca11.uscourts.gov. The clerk generally may not process filings from an attorney until that attorney files an appearance form. See 11th Cir. R. 46-6(b).

11th Cir. R. 33-1(a) requires appellant to file a Civil Appeal Statement in most civil appeals. You must file a completed Civil Appeal Statement, with service on all other parties, within 14 days from the date of this letter. Civil Appeal Statement forms are available on the Internet at www.ca11.uscourts.gov, and as provided by 11th Cir. R. 33-1(a).

Every motion, petition, brief, answer, response and reply filed must contain a Certificate of Interested Persons and Corporate Disclosure Statement (CIP). Appellants/Petitioners must file a CIP within 14 days after the date the case or appeal is docketed in this court;

Appellees/Respondents/Intervenors/Other Parties must file a CIP within 28 days after the case or appeal is docketed in this court, regardless of whether appellants/petitioners have filed a CIP. See FRAP 26.1 and 11th Cir. R. 26.1-1.

On the same day a party or amicus curiae first files its paper or e-filed CIP, that filer must also complete the court's web-based CIP at the Web-Based CIP link on the court's website. Pro se filers (except attorneys appearing in particular cases as pro se parties) are **not required or authorized** to complete the web-based CIP.

Pursuant to Eleventh Circuit Rule 42-1(b) you are hereby notified that upon expiration of (14) days from this date, this appeal will be dismissed by the clerk without further notice unless the default(s) noted below have been corrected:

File a Transcript Information Form, as required by Fed.R.App.P. 10(b)(1); a Transcript Information Form is available from the district court clerk. Appellant is required to file and serve copies of the form in accordance with the instructions included on the form. UNLESS A TRANSCRIPT IS ORDERED, APPELLANT'S BRIEF MUST BE SERVED AND FILED WITHIN 40 DAYS FROM **FEBRUARY 10, 2020**. See 11th Cir. R. 12-1 and 31-1.


Sincerely,

DAVID J. SMITH, Clerk of Court

Reply to: Gloria M. Powell, E
Phone #: (404) 335-6184

DKT-2 Appeal WITH Deficiency

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 0:19-cv-61375-RAR

VILMA REYES,

    Plaintiff,

v.

RADIUS GLOBAL SOLUTIONS LLC,

    Defendant.
_____/

## NOTICE OF APPEAL

Plaintiff VILMA REYES hereby gives notice that she appeals to the United States Court of Appeals for the Eleventh Circuit from this Court's January 10, 2020, order (D.E. 30) granting Defendant's motion for judgment on the pleadings and subsequent January 10, 2020, entry of final judgment (D.E. 31) in Defendant's favor.

DATED: February 7, 2020

                                                  Respectfully Submitted,

                                                  /s/ Jibrael S. Hindi
                                                  **JIBRAEL S. HINDI, ESQ.**
                                                  Florida Bar No.: 118259
                                                  E-mail:   jibrael@jibraellaw.com
                                                  **THOMAS J. PATTI, ESQ.**
                                                  Florida Bar No.: 118377
                                                  E-mail:   tom@jibraellaw.com
                                                  The Law Offices of Jibrael S. Hindi
                                                  110 SE 6th Street, Suite 1744
                                                  Fort Lauderdale, Florida 33301
                                                  Phone:     954-907-1136
                                                  Fax:          855-529-9540

                                                  *COUNSEL FOR PLAINTIFF*

PAGE | **1** of **2**

**LAW OFFICES OF JIBRAEL S. HINDI, PLLC**
110 SE 6th Street, 17th Floor | Ft. Lauderdale, Florida 33301 | Phone (954) 907-1136 | Fax (855) 529-9540
www.JibraelLaw.com